

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Kevin K. Yam
212.583.2674 direct
212.583.9600 main
kyam@littler.com

September 24, 2019

**VIA ECF AND FEDEX**
Hon. Ann Donnelly, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:   Juan Carlos Torres Ibarra, et al. v. W & L Group Construction Inc., et al.**

   **Case No. 1:19-cv-01582-AMD-SMG (E.D.N.Y.)**

Dear Judge Donnelly:

This firm represents Defendant W & L Group Construction Inc. ("W & L Group") in the above-referenced matter.  Per Your Honor's Individual Rules 1.D and 4.E and in connection with W & L Group's Motion to Dismiss the Complaint under FRCP 12(b)(6), enclosed please find a binder containing the courtesy copies of:

(1) Notice of Motion to Dismiss (Dkt. 16);

(2) Memorandum of Law in Support of Defendant W & L Group Construction Inc.'s Motion to Dismiss the Complaint (Dkt. 17);

(3) Memorandum of Law in Opposition to Defendant's Motion to Dismiss (Dkt. 19); and

(4) Reply Memorandum of Law in Support of Defendant W & L Group Construction Inc.'s Motion to Dismiss the Complaint (Dkt. 20).

Sincerely,

/s/ Kevin K. Yam

Kevin K. Yam

Cc:   Magistrate Judge Steven M. Gold (via ECF)
      David A. Feinerman (via ECF)