

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Kevin K. Yam
212.583.2674 direct
212.583.9600 main
kyam@littler.com

May 31, 2022

**VIA ECF**

Hon. Ann Donnelly, U.S.D.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:   Juan Carlos Torres Ibarra, et al. v. W & L Group Construction Inc., et al.
Case No. 1:19-cv-01582-AMD-MMH (E.D.N.Y.)**

Dear Judge Donnelly:

We represent Defendant in the above-referenced matter.  The parties jointly submit for *Cheeks* approval the enclosed First Amended Settlement Agreement and Release in accordance with the Report and Recommendation of Magistrate Judge Marcia M. Henry, dated April 22, 2022, and Your Honor's Memorandum and Order Adopting Report and Recommendation, dated May 10, 2022. (*See* Dkt. 55.)

We thank Your Honor for your attention and consideration in this matter.


Respectfully submitted,

*/s/ Kevin K. Yam*



Encl.

cc:  All Counsel of Record (via ECF)